IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONES DAY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RICHARD M. SCRUSHY,** )<br>)<br>)<br>Defendant. ) | Case No. 06 CV 00466 (JR) |

### CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Jones Day, through counsel, and with the consent of defendant's counsel, hereby moves to extend the time for Jones Day to respond to the Motion to Dismiss filed by defendant Richard M. Scrushy ("Scrushy") in this matter on May 8, 2006. In support of this motion, Jones Day states as follows:

1. Jones Day currently is required to respond to the Motion to Dismiss by May 19, 2006.

2. Counsel for the parties have conferred and counsel for Scrushy has consented to an extension of the time for Jones Day to respond.

3. The parties have agreed to a revised schedule in which Jones Day will file its opposition to the Motion to Dismiss by June 8, 2006, and Scrushy will file his reply brief in support of the Motion to Dismiss by June 22, 2006.

WHEREFORE, for the reasons set forth herein, and for such further reasons as may appear to the Court, Jones Day requests that the Court grant the relief requested herein.

Respectfully submitted,

_____/s/_____
Mark W. Foster (D.C. Bar No. 42978)
Thomas B. Mason (D.C. Bar No. 413345)
Lisa Barclay (D.C. Bar No. 486282)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
TEL: (202) 778-1800
FAX: (202) 822-8106

Counsel for Plaintiff Jones Day

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time, together with attached Order relating thereto was served by first-class mail and CM-ECF, this 17th day of May 2006, to:

James R. Schroll, Esq.
Christopher A. Glaser, Esq.
Alan Bowden, Esq.
Bean, Kinney & Korman, P.C.
2000 North 14th Street, Suite 100
Arlington, VA  22201

          /s/
         Lisa L. Barclay