IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONES DAY,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 06 CV 00466 (JR) |
| **RICHARD M. SCRUSHY,** | ) ) ) ) ) |
| Defendant. | ) |

### ORDER

Upon motion of plaintiff Jones Day and with good cause shown, it is hereby this ___ day of May, 2006,

ORDERED that Jones Day's Consent Motion for Extension of Time be, and hereby is, granted; and it is further

ORDERED that the time in which Jones Day may respond to the Motion to Dismiss is hereby extended to June 8, 2006; and

ORDERED that the time in which Richard M. Scrushy may file a reply brief in support of the Motion to Dismiss is hereby extended to June 22, 2006.

_____
The Hon. James Robertson
United States District Judge