IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONES DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 CV 0466 (JR) |
| ) | |
| RICHARD M. SCRUSHY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiff Jones Day's consent motion to seal its opposition to the motion to transfer, it is hereby

ORDERED that Jones Day's motion to seal is GRANTED.

June __, 2006

_____
The Hon. James Robertson
United States District Judge