## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONES DAY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SCRUSHY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06 CV 0466 (JR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Plaintiff Jones Day's opposition to the motion to transfer filed by Richard M. Scrushy

will be filed in hard copy with the Clerk's office so that it may be placed under seal. I certify

that on June 8, 2006, I filed a paper copy, mailed a paper copy to opposing counsel, and emailed

an electronic version of the document identified above.

Dated: June 8, 2006

                                         /s/
                            Lisa L. Barclay (D.C. Bar No. 486282)
                            ZUCKERMAN SPAEDER LLP
                            1800 M Street, N.W. Suite 1000
                            Washington, D.C., 20036
                            (202) 778-1800

                            *Attorney for Plaintiff Jones Day*