UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONES DAY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-0466 (JR) |
| | : |
| RICHARD M. SCRUSHY, | : |
| | : |
| Defendant. | : |

**ORDER**

Upon consideration of defendant's motion to dismiss or transfer, it appearing that defendant's contacts with the District of Columbia were substantial and purposeful, that the exercise of personal jurisdiction by this Court does not offend traditional notions of fair play and substantial justice, that venue is proper in the District of Columbia, and that defendant has not established that the interests of convenience and justice favor the transfer of this case to Alabama, it is **ORDERED** that the motion to dismiss or transfer [2] is **denied**.  It is **FURTHER ORDERED** that counsel meet and confer and submit an agreed schedule for the conduct of discovery and the submission and briefing of dispositive motions (if any).  If counsel are unable to agree on a schedule, they are directed to appear in chambers on **June 30, 2006, at 4 p.m.** for a scheduling conference.

JAMES ROBERTSON
United States District Judge