**FILED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONES DAY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SCRUSHY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06 CV 0466 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff Jones Day's consent motion to seal its opposition to the motion to transfer, it is hereby

ORDERED that Jones Day's motion to seal is GRANTED.

June 12, 2006

_____
The Hon. James Robertson
United States District Judge