IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONES DAY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06 CV 0466 (JR) |
| RICHARD M. SCRUSHY, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jones Day hereby gives notice that all causes of action in the above-captioned litigation are dismissed with prejudice. As provided for under Rule 41(a)(1), because no answer or motion for summary judgment has yet been served, this action may be dismissed by Plaintiff Jones Day without an order of the court.

Dated: June 19, 2006

Respectfully submitted,

/s/
Mark W. Foster (D.C. Bar No. 42978)
Thomas B. Mason (D.C. Bar No. 413345)
Lisa L. Barclay (D.C. Bar No. 486282)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W. Suite 1000
Washington, D.C., 20036
(202) 778-1800

*Attorneys for Plaintiff Jones Day*

## CERTIFICATE OF SERVICE

I hereby certify, this 19th day of June, 2006, that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed by CM-ECF and transmitted by e-mail and first class mail, postage prepaid, to the following:

James R. Schroll, Esq.
Christopher A. Glaser, Esq.
Alan Bowden, Esq.
2000 North 14th Street, Suite 100
Arlington, VA  22201

/s/
Lisa L. Barclay